UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Qushawn M. Etheridge**                    **Docket No. 7:20-CR-199-4FL**

**Petition for Action on Supervised Release**

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Qushawn M. Etheridge, who, upon earlier plea of guilty to Conspiracy to Distribute and Possession With the Intent to Distribute a Quantity of a Mixture and Substance Containing a Detectable Amount of 4F-MDMB-BINACA for Human Consumption in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on January 20, 2023, to the custody of the Bureau of Prisons for a term of 44 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Qushawn M. Etheridge was released from custody on September 30, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 7, 2026, the defendant committed the offenses of Driving While Impaired and Possession of an Open Container of Alcohol (26CR250621) in Wayne County, North Carolina. Etheridge admitted to drinking alcohol and operating his vehicle when questioned about the incident. To address this issue and closely monitor Etheridge's future alcohol use, we are recommending he participate in our district's Remote Alcohol Monitoring Program for a period of 60 days. Additionally, the defendant will begin intensive outpatient groups with his treatment provider. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 60 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Maurice J. Foy                        /s/ Quanda L. Lunsford
Maurice J. Foy                            Quanda L. Lunsford
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8801
                                          Executed On: March 27, 2026

**Qushawn M. Etheridge**
**Docket No. 7:20-CR-199-4FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___31st___ day of ___March___, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge